**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA, ex rel.**
**SAMUEL L. ARMFIELD, III, M.D.**
**and PATRICIA ARMFIELD, R.N.,**

     **Plaintiffs,**

**v.**                                 **Case No. 8:07-cv-2374-T-27TBM**

**JAMES P. GILLS, M.D., ST. LUKE'S**
**CATARACT and LASER INSTITUTE,**
**and ST. LUKE'S SURGICAL CENTER,**

     **Defendants.**
_____/

**FINAL MEDIATION REPORT**

    After the Mediation Report of February 28, 2013, the parties had additional mediation discussions.

    The case has been completely settled, subject to the final approval of higher authorities in the Department of Justice.  Upon such approval, the parties will submit a stipulated form of final dismissal.

    Done April 1, 2013 in Tampa, Florida.

                      Respectfully submitted,


                      /s/ Peter J. Grilli
                      Peter J. Grilli, Esq.
                      Florida Bar No. 237851
                      Mediator
                      3001 West Azeele Street
                      Tampa, Florida 33609
                      813.874.1002   Fax: 813.874.1131
                      email: meditr@aol.com

    I HEREBY CERTIFY that April 1, 2013 I electronically filed the foregoing document with the United States District Court Electronic Case Filing system, which will electronically send copies to counsel of record.


                      /s/ Peter J. Grilli
                      Peter J. Grilli, Esq.